# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KAREN L. HOOPER**                                                           **PLAINTIFF**

**V.**               **CASE NO.: 4:11CV00596 SWW/BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                 **DEFENDANT**

## **ORDER**

Pending is Defendant's Motion to Remand. (docket entry #20) For good cause shown, Defendant's motion (#20) is GRANTED.

This case is hereby remanded under sentence four of 42 U.S.C. § 405(g) for further development of the record and, if necessary, for a supplemental hearing. Specifically, the Administrative Law Judge should determine: (a) whether Ms. Hooper performed any past relevant work at the level of substantial gainful activity; (b) if she did, whether she can perform any past relevant work; and (c) if not, whether Ms. Hooper can perform any other work that exists in significant numbers in the national economy.

IT IS SO ORDERED this 23rd day of July, 2012.

                                                   /s/Susan Webber Wright
                                                   UNITED STATES DISTRICT JUDGE