**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**KAREN L. HOOPER**                                                    **PLAINTIFF**

**V.**           **CASE NO.: 4:11CV00596 SWW/BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                 **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this day, this case is remanded to the Secretary, under Sentence four of the Social Security Act, 42 U.S.C. § 405(g), for actions consistent with the Order.

IT IS SO ORDERED this 23rd day of July, 2012.

                                                    /s/Susan Webber Wright
                                                    UNITED STATES DISTRICT JUDGE